IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BILLY EUGENE HODGES, ) | | |
| Movant, ) | | |
| v. ) | Civil No. 7:11-CV-128-O-BL | |
| ) | | |
| UNITED STATES OF AMERICA, ) | (Criminal No. 7:08-CR-012-O) | |
| Respondent. ) | | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the motion to correct, vacate, or set aside sentence is DISMISSED as MOOT.

SO ORDERED this 3rd day of December, 2013.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**